UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JON SIGUR, ET AL

VERSUS

EMERSON PROCESS MANAGEMENT,
ET AL

CIVIL ACTION

NO. 05-1323-JVP-CN

## RULING ON MOTION

This matter is before the court on the report and recommendation of United States Magistrate Judge Christine Noland, dated February 21, 2008 (doc. 161) and addressing the Motions to Review Taxation of Costs (docs. 152, 154), filed by defendants, Emerson Process Management, LLLP ("Emerson"), Fisher Services Co. ("Fisher"), and John H. Carter, Inc. ("Carter"). No party has objected to the report and recommendation.

Title 28 U.S.C. § 636(b)(1)(C) provides in pertinent part that "a judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge with instructions." After carefully reviewing the record, the law, and the findings and recommendations of the magistrate judge, the court hereby modifies the report and recommendation so as to award copying costs at the rate of ten cents per copy rather than at the rate of fifteen cents per copy, and adopts the remainder of Magistrate Judge Noland's report and recommendation as its own opinion herein.

## CONCLUSION

Accordingly, the Motions to Review Taxation of Costs (docs. 152 & 154) filed by defendants, Emerson Process Management, LLLP, Fisher Services Co., and John H. Carter, Co., Inc. are hereby **GRANTED IN PART**, and **DENIED IN PART** as follows:

(1) Emerson and Fisher are hereby awarded reimbursement of costs related to the depositions of Ronald Robertson, Donald Ray Daigle, William C. Brown and Fitz Henry in the total amount of $1,082.11.

(2) Emerson and Fisher are hereby awarded copying costs in the amount of $1,143.70, and Carter is hereby awarded copying costs in the amount of $555.00.

(3) Pursuant to 28 U.S.C. § 1821, Emerson and Fisher are hereby awarded an expert witness fee of $41.00 for the time Charles Theriot expended preparing for, and giving, his deposition in this matter.

(4) All costs awarded in the Taxation of Costs (docs. 150 & 151) are hereby **AFFIRMED**.

(5) All other requests for costs by defendants are hereby **DENIED**.

Baton Rouge, Louisiana, April 30, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA